## 65089. McGLOHON v. OGDEN.

DEEN, Presiding Judge.
The decision of the Court of Appeals in this case having been reversed by the Supreme Court (251 Ga. 625) (308 SE2d 541) (1983), our decision in *McGlohon v. Ogden,* 165 Ga. App. 172 (299 SE2d 581) (1983), is hereby vacated and the judgment of the Supreme Court is made the judgment of this court.

*Judgment reversed. Sognier and Pope, JJ., concur.*

DECIDED DECEMBER 2, 1983.

*Richard A. Brown, Jr.,* for appellant.
*Charles M. Jones, Billy N. Jones,* for appellee.